IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE BENEFIT FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE HEALTH AND WELFARE FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE APPRENTICESHIP & TRAINING FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE SUPPLEMENTAL UNEMPLOYMENT BENEFIT FUND, INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE ANNUITY FUND and INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 542, AFL-CIO** | : | **CIVIL ACTION** |
| v. | : | |
| **J.D. FEDELE CONSTRUCTION DEMOLITION, INC. and HERMAN CONSTRUCTION CO., INC.** | : | **NO. 23-4339** |

## **JUDGMENT**

**NOW**, this 2nd day of July, 2024, upon consideration of the Joint Stipulation for Entry of Consent Judgment Against Defendants Fedele Contractor, Inc. and Herman Construction Co., Inc. (Doc. No 15), it is **ORDERED** as follows:

1. The Complaint is **DISMISSED WITHOUT PREJUDICE** as to defendant J.D. Fedele Construction Demolition, Inc. **only**.

2. **JUDGMENT IS ENTERED** in favor of the plaintiffs International Union of

Operating Engineers of Eastern Pennsylvania and Delaware Benefit Pension Fund; International Union of Operating Engineers of Eastern Pennsylvania and Delaware Health and Welfare Fund; International Union of Operating Engineers of Eastern Pennsylvania and Delaware Apprenticeship and Training Fund; International Union of Operating Engineers of Eastern Pennsylvania and Delaware Supplemental Unemployment Benefit Fund; International Union of Operating Engineers of Eastern Pennsylvania and Delaware Annuity Fund; and International Union of Operating Engineers Local Union 542, AFL-CIO, and against the defendants Fedele Contractors, Inc. and Herman Construction Co., Inc. in the amount of $179,539.36, consisting of the following:

| | | |
|---|---|---|
| a. | Delinquent contributions and interest for the period between January 1, 2022 through December 31, 2023, pursuant to 29 U.S.C. §1132(g)(2)(A) and (B) | $ 153,553.78 |
| b. | Liquidated damages, pursuant to 29 U.S.C. §1132(g)(2)(C)(i) | $ 15,355.38 |
| c. | Attorneys' fees and costs, pursuant to 29 U.S.C. §1132(g)(2)(D) | $ 10,630.20 |
| | Total: | $ 179,539.36. |

_____
TIMOTHY J. SAVAGE, J.