# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS OF EASTERN PENNSYLVANIA AND DELAWARE BENEFIT PENSION FUND, et. al. | : CIVIL ACTION<br>: No. 2:23-cv-04339-TJS |
| v. | |
| J.D. FEDELE CONSTRUCTION DEMOLITION, INC., HERMAN CONSTRUCTION CO., INC., and FEDLE CONTRACTORS, INC., | |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on July 2, 2024 (Doc. No. 16) in favor of Plaintiffs and against Defendant.

WHEREAS, the amount of the Judgment has been paid to the satisfaction of Plaintiffs.

THEREFORE, full and complete satisfaction of the July 2, 2024 judgment is hereby acknowledged, and the Clerk of Court is hereby authorized and directed to make an entry of full and complete satisfaction on the docket of this matter.

Respectfully submitted,

**SPEAR WILDERMAN, P.C.**

BY: *s/ Jeremy E. Meyer*
JEREMY E. MEYER, ESQUIRE
230 South Broad Street, Suite 1650
Philadelphia, PA 19102
PA Bar #85303
(215) 732-0101
Attorneys for Plaintiffs

Dated: February 13, 2026